# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No. 1:13-cv-01882-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 4)**<br><br>**CLERK SHALL CLOSE CASE** |

　　　Plaintiff Jeremy Brown proceeds pro se in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). The Court severed Plaintiff's claims from those of fellow inmates and ordered that he file an amended complaint in this action by not later than December 26, 2013.[1] (ECF No. 2.) No amended complaint has been filed.

　　　Instead, on December 3, 2013, Plaintiff filed notice (ECF No. 4) that he had no knowledge of this matter or of any documents filed with the Court and that he did not intend or want to be involved in the suit.  He requested the Court take action accordingly.

　　　Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's December 3, 2013 notice is sufficient as a notice of dismissal under Rule 41.

/////

---

[1] See <u>Jeremy Pinson, Mikeal Stine, Jeremy Brown v. Federal Bureau of Prisons</u>, E.D. Cal. Case No. 1:13-cv-01821-MJS.

1

1   Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED
2  without prejudice. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   December 5, 2013            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE